### In re LA GRAVE.

(Supreme Court, Appellate Division, Second Department.    January 24, 1908.)

Appeal from Special Term, Kings County.

Application of Sophie Marchais La Grave to examine Frank J. Herbert and others. From the order made, said La Grave appeals. Affirmed.

Argued before WOODWARD, JENKS, HOOKER, MILLER, and GAYNOR, JJ.

PER CURIAM. Order affirmed, with $10 costs and disbursements, on the authority of Cherbuliez v. Parsons (decided herewith) 108 N. Y. Supp. 321.